Robert G. **LENHARDT** and Jean A. Lenhardt, his wife, Appellees,

v.

Chelsie I. **ADAMS**, Irene K. Noss and Louis Noss & Noss Mobile Homes, Inc., Appellants.

Supreme Court of Pennsylvania.

Argued March 5, 1996.

Decided March 18, 1996.

James E. Kelly, Jr., for Chelsie Adams, Irene Noss, Louis Noss & Noss Mobile Homes, Inc.

James R. Silvis, Greensburg, for Robert & Jean Lenhardt.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NIX, C.J., and NEWMAN, J., did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Petitioner,**

v.

Joseph **RICO**, Respondent.

Supreme Court of Pennsylvania.

March 18, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of March, 1996, the Petition for Allowance of Appeal is hereby GRANTED, and oral argument is limited to the issue of whether *Batson v. Kentucky*, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986), applies where the prosecutor in a case allegedly involving organized crime has exercised peremptory challenges to disqualify prospective jurors of Italian descent.